IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. 6:07-CR-109 |
| | § | |
| JUSTIN ALLEN BROWN | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The above entitled and numbered criminal action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636(b)(3). The Report and Recommendation of Magistrate Judge John D. Love which contains his proposed findings of fact and recommendations for the disposition of such action has been presented for consideration. The parties have waived their objections to the Report and Recommendation.

The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the Report and Recommendation of the United States Magistrate Judge as the findings and conclusions of this Court and **ORDERS** that Defendant Justin Allen Brown be committed to the custody of the Bureau of Prisons for a term of 12 months and one day, that includes 91 days of unserved community confinement with the sentence commencing March 17, 2017, and 1 year supervised release to follow. The Court further **ORDERS** that the following supervised release conditions be added to those already in effect:

(1) Immediately upon release from confinement, Defendant shall reside in a residential reentry center or similar facility for a period of up to 180 says or until a suitable residence is approved by the U.S. Probation Office, at which time he can be released

by the U.S. Probation Office. He shall abide by the rules and regulation of the center and pay subsistence according to the U.S. BOP's guidelines

(2) Defendant shall not purchase, possess, have contact with, or use of devices that include cellular telephones with photographic capability, cellular phones with internet capability, computers, computer peripherals, laptop computers, iPods, Personal Digital Assistants (PDAs), portable data storage devices such as thumb drives and Flash memory, or any type of portable electronic device that is capable of communicating data via modem, wireless, or dedicated connection. Defendant shall also refrain from the purchase, possession, or use of digital cameras, digital recorders, or any other type of recording and/or photographic equipment.

(3) Defendant shall not possess or view any images in any form of media or in any live venue that depicts "sexually explicit conduct" as defined under 18 U.S.C. § 2256(2)(A), and not limited to the sexual exploitation of children.

The Court further **RECOMMENDS** sex offender treatment and that the place of confinement be Seagoville, Texas in order to facilitate sex offender treatment.

**So ORDERED and SIGNED this 3rd day of April, 2017.**

Ron Clark, United States District Judge